William A. Titus, Respondent, v. Jacob Schneck, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Order to be settled on notice. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

Eugene Zaiss, Respondent, v. George C. Heimerdinger Company, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, on the authority of *Tyler* v. *Windels* (186 App. Div. 698). Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

Isaac Denbosky, Appellant, v. Blanche Denbosky, Respondent.— Order modified by reducing alimony to $50 a week and counsel fee to $250, and as so modified affirmed, without costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

Isaac Denbosky, Appellant, v. Blanche Denbosky, Respondent.— Appeal dismissed, without costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

Walter F. Sykes, Respondent, v. Joseph Degnan, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Order to be settled on notice. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

Sigmund H. Engelberg, Appellant, v. Bessie A. Engelberg, Respondent. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

Pekin Restaurant Company, Inc., Respondent, v. Jacob H. Grubman, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

Israel O. Blake, Respondent, v. Patrick McGovern and Another, Doing Business as Patrick McGovern & Company, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

Clara Louise Renard, Respondent, v. Maurice Renard, Appellant.— Order modified by reducing counsel fee to $500, and as modified affirmed, without costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

Metropolitan Petroleum Corporation of Delaware, Respondent, v. Richmond Levering and Another, Appellants, Impleaded with Others.— Order so far as appealed from affirmed, with ten dollars costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

Charles Lano v. Benjamin Sel and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

Edward Bassett v. Joseph T. MacLean.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.